UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-1274-SVW | Date | May 25, 2022 |
|---|---|---|---|

*Thaddeus J. Culpepper v. United States District Court et al.*

---

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   MINUTE ORDER UNSEALING CASE

"It is clear that the courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S., 589, 597 (1978)). In determining whether a matter should be sealed, courts in the Ninth Circuit "start with a strong presumption in favor of access," which "may be overcome only on the basis of articulable facts known to the court, not on the basis of unsupported hypothesis or conjecture." *Id.* (internal citations and quotation marks omitted).

Having reviewed Plaintiff's various filings, the Court is unaware of any reason why this case should be sealed. The Court hereby ORDERS the case and Plaintiff's various filings UNSEALED. No further documents in the matter shall be filed under seal.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   PMC